1  WINSTON & STRAWN LLP
   Christopher M. Murphy *(pro hac vice forthcoming)*
2  cmmurphy@winston.com
   35 W. Wacker Drive
3  Chicago, IL 60601
   Telephone: (312) 558-7436
4  Facsimile:  (312) 558-5700

5  WINSTON & STRAWN LLP
   Dana L. Cook-Milligan (SBN: 301340)
6  dlcook@winston.com
   101 California Street, 35th Floor
7  San Francisco, CA 94111
   Telephone: (415) 591-1000
8  Facsimile:  (415) 591-1400

9  Attorneys for Defendants
   ALBERTSONS COMPANIES, INC, and
10 SAFEWAY INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALEB HALEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC., a foreign corporation, and SAFEWAY INC., a domestic corporation,<br><br>Defendants. | Case No. 1:23-cv-02811-TLT<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE**  AS MODIFIED<br><br>Complaint Filed: June 7, 2023 |

Pursuant to Civil Local Rule 6-1, Defendants Albertsons Companies, Inc., and Safeway Inc., ("Defendants") and Plaintiff Caleb Haley ("Plaintiff") stipulate as follows:

WHEREAS, Plaintiff filed his Complaint on June 7, 2023;

WHEREAS, Defendants were served with the Summons and Complaint on June 12, 2023;

WHEREAS, Defendants currently have until July 5, 2023 to respond to the Complaint;

WHEREAS, Winston & Strawn LLP was recently retained in this matter and will need time to adequately investigate and respond to the claims asserted in this matter;

WHEREAS, Defendants have requested, and Plaintiff has consented to, additional time through and including July 28, 2023, to respond to Plaintiff's Complaint;

WHEREAS, the parties have agreed to the following briefing schedule with respect to Defendants' response to the Complaint:

| Date | Pleading |
| --- | --- |
| July 28, 2023 | Defendants' response to Complaint |
| August 28, 2023 | Plaintiff's Opposition Deadline |
| September 18, 2023 | Defendants' Reply Deadline |

WHEREAS, there have been no prior time modifications in this case; and

WHEREAS, extending the foregoing deadlines will not impact any other deadlines in this case.

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that Defendants shall answer or otherwise respond to Plaintiff's Complaint by July 28, 2023, Plaintiff's deadline to file any opposition brief is August 28, 2023, and Defendants' deadline to file any reply brief is September 18, 2023.

Dated: June 28, 2023

**WINSTON & STRAWN LLP**

By: */s/ Dana L. Cook-Milligan*
Dana L. Cook-Milligan (SBN: 301340)
dlcook@winston.com
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Christopher M. Murphy (*pro hac vice forthcoming*)
cmmurphy@winston.com
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

|   |   |
|---|---|
|   | Attorneys for Defendants<br>ALBERTSONS COMPANIES, INC. and<br>SAFEWAY INC. |

**TERRELL MARSHALL LAW GROUP PLLC**

By: */s/ Beth E. Terrell*
Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

**BERGER MONTAGUE, P.C.**

By: */s/ Sophia M. Rios*
Sophia M. Rios, CSB #305801
Email: srios@bm.net
401 B Street, Suite 2000
San Diego, CA 92101
Telephone: (619) 489-0300

E. Michelle Drake, *Pro Hac Vice Forthcoming*
Email: emdrake@bm.net
1229 Tyler Street NE, Suite 205
Minneapolis, Minnesota 55413
Telephone: (612) 594-5933

Attorneys for Plaintiff

PURSUANT TO STIPULATION, **IT IS SO ORDERED.** Motion hearing set for 10/17/2023 at 2 PM.

Dated: June 30, 2023

The Honorable Trina L. Thompson
United States Judge