Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Blythe H. Chandler *Pro Hac Vice Forthcoming*
Email: bchandler@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

[Additional Counsel Appear on Signature Page]

*Attorneys for the Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
EUREKA-MCKINLEYVILLE DIVISION

| | |
|---|---|
| CALEB HALEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC., a foreign corporation, and SAFEWAY, INC., a domestic corporation,<br><br>Defendants. | Case No. 3:23-cv-02811-TLT<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE PARTIES' LIMITED AGREEMENT TO ARBITRATE ISSUES CONCERNING THE SCOPE OF THE ALLEGED AGREEMENT TO ARBITRATE** AS MODIFIED |

**WHEREAS**, on June 7, 2023, Plaintiff Caleb Haley commenced this action (the "Action") by filing a Class Action Complaint (Dkt. No. 1), asserting claims against Defendants Albertsons Companies, Inc. and Safeway Inc. (together, "Defendants") under the California consumer protection laws, on behalf of himself and a proposed class;

**WHEREAS**, Defendants have advised Plaintiff of the grounds on which they intend to file a motion to compel arbitration;

**WHEREAS**, Defendants assert that Plaintiff and Defendants are parties to a contract, containing a provision (paragraph 24, the "Arbitration Clause") in which Plaintiff and Defendants purportedly agreed to arbitrate certain disputes;

STIPULATION AND [PROPOSED] ORDER REGARDING
THE PARTIES' LIMITED AGREEMENT TO ARBITRATE
ISSUES CONCERNING THE SCOPE OF THE ALLEGED
AGREEMENT TO ARBITRATE - 1
Case No. 3:23-cv-02811-TLT

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1     **WHEREAS**, Defendants further assert that the Arbitration Clause contains a delegation
2 provision by which Plaintiff and Defendants purportedly agreed that any disputes concerning
3 the scope of the Arbitration Clause would be decided by an arbitrator in the first instance;

4     **WHEREAS**, Plaintiff disputes that he entered into a binding agreement to arbitrate any
5 disputes he may have or had with Defendants and disputes that the Arbitration Clause
6 Defendants intend to enforce contains a delegation provision;

7     **WHEREAS**, Plaintiff further disputes that the scope of the Arbitration Clause would
8 encompass the subject matter of this Action, even if such an enforceable arbitration agreement
9 exists; and

10     **WHEREAS**, notwithstanding the foregoing, Plaintiff has nevertheless agreed to
11 consent to confidential arbitration for the limited and sole purpose of determining whether the
12 claims asserted in this Action fall within the scope of the Arbitration Clause;

13     **NOW, THEREFORE**, Plaintiff and Defendants (the "Parties") jointly stipulate and
14 agree as follows, subject to the Court's approval:

15     1.     The Recitals are incorporated herein by reference to the same extent and with the
16 same force and effect as if fully set forth herein.

17     2.     Plaintiff consents to arbitration under the terms set forth in the Arbitration Clause
18 solely and exclusively for the limited purpose of determining the threshold issue of
19 arbitrability—*i.e.*, whether the claims at issue in this Action fall within the scope of the
20 Arbitration Clause. If the arbitrator determines that the claims at issue in this Action fall within
21 the scope of the Arbitration Clause, Plaintiff agrees that he must arbitrate those claims according
22 to the terms of the Arbitration Clause and the Terms of Use.

23     3.     In an effort to further streamline proceedings and promote judicial economy, the
24 Parties agree to produce certain documents and information (as specified in Schedule A hereto)
25 within 30 days of the service on Defendants of an arbitration demand by Plaintiff.

26     4.     The Parties agree that the arbitration will be kept confidential except that they
27 may disclose to this Court whether the arbitrator concludes that the claims at issue in this Action

STIPULATION AND [PROPOSED] ORDER REGARDING
THE PARTIES' LIMITED AGREEMENT TO ARBITRATE
ISSUES CONCERNING THE SCOPE OF THE ALLEGED
AGREEMENT TO ARBITRATE - 2
Case No. 3:23-cv-02811-TLT

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

fall within or outside the scope of the Arbitration Clause. Nothing in this stipulation precludes either party from moving in this Court for entry of an order enforcing an arbitrator's award or ruling under 9 U.S.C. § 9.

5. The Parties respectfully request that the Court stay this Action pending the outcome of the arbitration proceeding described above and that this Court retain jurisdiction, as necessary, pending the outcome of such arbitration proceeding.

6. The Parties further agree to submit joint status reports to the Court every 30 days until the stay described above is lifted. The first such status report shall be due on October 2, 2023.

7. The Parties further agree that this Stipulation is without prejudice to any dismissal arguments under Federal Rules of Civil Procedure 9(b), 12(b)(1) and 12(b)(6) and that Defendants may raise those arguments after the arbitrator rules on the threshold issue of arbitrability—*i.e.*, whether the claims at issue in this Action fall within the scope of the Arbitration Clause.

This Stipulation may be signed in counterparts. A facsimile, PDF, or electronic signature on this Stipulation shall have the same force and effect as an original signature.

STIPULATION AND [PROPOSED] ORDER REGARDING
THE PARTIES' LIMITED AGREEMENT TO ARBITRATE
ISSUES CONCERNING THE SCOPE OF THE ALLEGED
AGREEMENT TO ARBITRATE - 3
Case No. 3:23-cv-02811-TLT

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

# SCHEDULE A

## For Production by Defendants

1. All non-privileged documents reviewed by Kevin Michael or Defendants' counsel in connection with preparation of his draft declaration in this matter provided to Plaintiff's counsel on July 27, 2023 ("Draft Declaration"), including but not limited to the documents constituting "ACI's records," as that phrase is used in Paragraph 9 of the Draft Declaration.

2. A copy of the contractual terms that relate to Mr. Haley's Club Card account, to the "predecessor Safeway Card No. 41035708166," or to any Club Card account associated with the Household ID No. 990003116405, as available, and as described in paragraph 9 of the Draft Declaration.

3. All documents reflecting any purchases made by Mr. Haley in his capacity as a visitor to, or a user of, any "Site," as that term is defined in the "Terms of Use" attached as Exhibit A to the Draft Declaration and identifiable by reference to (a) Mr. Haley's Safeway and/or Albertsons Companies, Inc. account information or (b) other information specific to Mr. Haley (*e.g.*, credit card, email address, etc.).

## For Production by Plaintiff

4. All documents within Mr. Haley's custody, possession, or control related to his Safeway Club Card and/or Safeway for U accounts, purchases he made using a Safeway Club Card and/or Safeway for U account, and his download and/or use of the Safeway mobile app (the application Safeway makes available to customers for download and use on a mobile device).

STIPULATION AND [PROPOSED] ORDER REGARDING THE PARTIES' LIMITED AGREEMENT TO ARBITRATE ISSUES CONCERNING THE SCOPE OF THE ALLEGED AGREEMENT TO ARBITRATE - 4
Case No. 3:23-cv-02811-TLT

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

RESPECTFULLY SUBMITTED AND DATED this 8th day of August, 2023.

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Beth E. Terrell*
Beth E. Terrell, CSB No. 178181
Blythe H. Chandler, *Admitted Pro Hac Vice*
936 North 34th Street, Suite 300
Seattle, WA 98103
Telephone: (206) 816-6603
Email: bterrell@terrellmarshall.com
    bchandler@terrellmarshall.com

BERGER MONTAGUE, P.C.

Sophia M. Rios, CSB #305801
401 B Street, Suite 2000
San Diego, CA 92101
Telephone: (619) 489-0300
Email: srios@bm.net

E. Michelle Drake, *Admitted Pro Hac Vice*
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
Email: emdrake@bm.net

Zachary M. Vaughan, *Admitted Pro Hac Vice*
2001 Pennsylvania Avenue NW, Suite 300
Washington DC 20006
Telephone: (202) 559-9740
Email: zvaughan@bm.net

SUGERMAN DAHAB

David F. Sugerman, *Admitted Pro Hac Vice*
Nadia H. Dahab, *Admitted Pro Hac Vice*
707 SW Washington Street, Ste. 600
Portland, OR 97205
Telephone: (503) 228-6474
Email: david@sugermandahab.com
    nadia@sugermandahab.com

STIPULATION AND [PROPOSED] ORDER REGARDING
THE PARTIES' LIMITED AGREEMENT TO ARBITRATE
ISSUES CONCERNING THE SCOPE OF THE ALLEGED
AGREEMENT TO ARBITRATE - 5
Case No. 3:23-cv-02811-TLT

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

TIM QUENELLE, PC

Tim Alan Quenelle, *Admitted Pro Hac Vice*
4800 SW Meadows Road, #300
Lake Oswego, OR 97035
Telephone: (503) 675-4330
Email: tim.quenelle@gmail.com

*Attorneys for Plaintiff*

WINSTON & STRAWN LLP

By: /s/ *Christopher M. Murphy*
Dana L. Cook-Milligan, CSB No. 301340
Drew H. Washington, CSB No.350107
101 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
Email: dlcook@winston.com
dwashington@winston

Christopher M. Murphy, *Admitted Pro Hac Vice*
35 W Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-7436
Email: cmmurphy@winston.com

*Attorneys for Defendants*

STIPULATION AND [PROPOSED] ORDER REGARDING
THE PARTIES' LIMITED AGREEMENT TO ARBITRATE
ISSUES CONCERNING THE SCOPE OF THE ALLEGED
AGREEMENT TO ARBITRATE - 6
Case No. 3:23-cv-02811-TLT

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**ORDER**

IT IS SO ORDERED. This matter is STAYED pending the outcome of arbitration. The parties shall provide status reports every 30 days to the Court regarding the arbitration with the first status report due ~~October 2~~ September 14, 2023. The Clerk shall ADMINISTRATIVELY CLOSE the case subject to reopening upon completion of arbitration. If the arbitrator determines that the claims at issue in this Action fall outside the scope of the Arbitration Clause and are not required to be arbitrated under the Arbitration Clause and Terms of Use, Defendants may within 30 days of the arbitrator's determination make in this Court any arguments they may have under Federal Rules of Civil Procedure 9(b), 12(b)(1) and 12(b)(6).

DATED this __10th__ day of __August_____, 2023.

_____
THE HONORABLE TRINA L. THOMPSON

STIPULATION AND [PROPOSED] ORDER REGARDING THE PARTIES' LIMITED AGREEMENT TO ARBITRATE ISSUES CONCERNING THE SCOPE OF THE ALLEGED AGREEMENT TO ARBITRATE - 7
Case No. 3:23-cv-02811-TLT

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com