Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Blythe H. Chandler, *Admitted Pro Hac Vice*
Email: bchandler@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

[Additional Counsel Appear on Signature Page]

*Attorneys for the Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
EUREKA-MCKINLEYVILLE DIVISION

| | |
|---|---|
| CALEB HALEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC., a foreign corporation, and SAFEWAY, INC., a domestic corporation,<br><br>Defendants. | Case No. 3:23-cv-02811-TLT<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Caleb Haley and Defendants Albertsons Companies, Inc. and Safeway, Inc., by and through their undersigned counsel, hereby stipulate to the dismissal of this case with prejudice and without an award of fees or costs to either party.

//
//
//
//
//

STIPULATION OF DISMISSAL - 1
Case No. 3:23-cv-02811-TLT

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED AND DATED this 20th day of May, 2025. |

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP PLLC | WINSTON & STRAWN LLP |
| By: /s/ Blythe H. Chandler <br> Beth E. Terrell, CSB #178181 <br> Blythe H. Chandler, *Admitted Pro Hac Vice* <br> 936 North 34th Street, Suite 300 <br> Seattle, Washington 98103 <br> Telephone: (206) 816-6603 <br> Email: bterrell@terrellmarshall.com <br> Email: bchandler@terrellmarshall.com | By: /s/ Samantha K. Looker <br> Dana L. Cook-Milligan, CSB #301340 <br> Email: dlcook@winston.com <br> Samantha K. Looker, CSB #340564 <br> Email: slooker@winston.com <br> 101 California Street, 21st Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 591-1000 |
| Sophia M. Rios, CSB #305801 <br> BERGER MONTAGUE, P.C. <br> 8241 La Mesa Blvd., Suite A <br> La Mesa, California 91942 <br> Telephone: (619) 489-0300 <br> Email: srios@bm.net | Amanda L. Groves, CSB #187216 <br> Email: agroves@winston.com <br> WINSTON & STRAWN LLP <br> 333 S. Grand Avenue, 38th Floor <br> Los Angeles, CA 90071 <br> Telephone: (213) 615-1700 |
| E. Michelle Drake, *Admitted Pro Hac Vice* <br> BERGER MONTAGUE, P.C. <br> 43 SE Main Street, Suite 505 <br> Minneapolis, Minnesota 55414 <br> Telephone: (612) 594-5999 <br> Email: emdrake@bm.net | *Attorneys for Defendants* |
| Zachary M. Vaughan, *Admitted Pro Hac Vice* <br> BERGER MONTAGUE, P.C. <br> 2001 Pennsylvania Avenue NW, Suite 300 <br> Washington DC 20006 <br> Telephone: (202) 559-9740 <br> Email: zvaughan@bm.net | |
| David F. Sugerman, *Admitted Pro Hac Vice* <br> Nadia H. Dahab, *Admitted Pro Hac Vice* <br> SUGERMAN DAHAB <br> 707 SW Washington Street, Suite 600 <br> Portland, Oregon 97205 <br> Telephone: (503) 228-6474 <br> Email: david@sugermandahab.com <br> Email: nadia@sugermandahab.com | |

STIPULATION OF DISMISSAL - 2 <br>
Case No. 3:23-cv-02811-TLT

**TERRELL MARSHALL LAW GROUP PLLC** <br>
936 North 34th Street, Suite 300 <br>
Seattle, Washington 98103-8869 <br>
TEL. 206.816.6603 • FAX 206.319.5450 <br>
www.terrellmarshall.com

1  Tim Alan Quenelle, *Admitted Pro Hac Vice*
   TIM QUENELLE, PC
2  4800 SW Meadows Road, #300
   Lake Oswego, Oregon 97035
3  Telephone: (503) 675-4330
   Email: tim.quenelle@gmail.com
4
5  *Attorneys for Plaintiff*

## ORDER

Per the parties' stipulation, matter is DISMISSED WITH PREJUDICE and without an award of attorneys' fees or costs to either party. The Clerk shall CLOSE the case.

DATED this _____ day of _____, 2025.

_____
THE HONORABLE TRINA L. THOMPSON

STIPULATION OF DISMISSAL - 3
Case No. 3:23-cv-02811-TLT

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com